**DALE WASHINGTON SBN 169008**
1110 N. Virgil Ave #90094
Los Angeles, CA 90027
714 242 3868 fax 714 242 3869
washington.dale@gmail.com

Attorney for Plaintiff PLAINTIFF TTM International, Inc

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF TTM International, Inc<br><br>Plaintiff,<br><br>v.<br><br>KIM SENG COMPANY, a California corporation,<br><br>Defendants. | CASE NO. 8:24-cv-01642-JWH (AJR)<br>[Hon. John W. Holcomb]<br><br>DECLARATION OF DALE WASHINGTON ISO OPPOSITION TO MOTION TO DISMISS<br><br>Date: 12/6/2024<br>Time: 9:00 a.m.<br><br>Filed:8/7/2024<br>Sched. Conf 12/6/2024 |

I, DALE WASHINGTON am an attorney, licensed to appear before the California Courts and Federal Courts venued therein. I make these statements from personal knowledge, as an officer of the court and under penalty of perjury:

1. Counsel have raised a 2010 suit by MSJ Foods, Inc against Binh Tay "MSJ Case" (Ex 8 to Sun Lee's MTD), alleged infringement between MSJ's registered, single leaf Lá Bồ Đề (Ex 2 to the 1st Amended Comp) and Binh Tay's (then) unregistered multiple leaf Lá Bồ Đề.

1

2. The MSJ case was settled during mediation for a) payment to MSJ and a b) "stay in your lane" agreement that Binh Tay would stick with rice noodle products and MSJ with soy sauce products.

3. Binh Tay then utilized an IP attorney and obtained registration 4751762 (1st Amended Complaint Ex 1 & 3).  The address for Binh Tay in the registration is 2390 E. Orangewood Avenue #120, Anaheim, Ca 92806, which is TTM International's address in this matter.  This office is where Thang Nguyen dba TTM imported, marketed and sold Binh Tay products which he continued when forming his solely owned TTM International which bought MSJ Foods, its IP and causes of action in 2024 – thus merging both LaBoDe trademarks with Plaintiff.

4. TTM has been very successful bringing Binh Tay from very low volume to a substantial contender for the Asian food markets, always with Thang Nguyen as dba or sold shareholder.  Thus, Thang Nguyen dba TTM is the right party from 2017 to 2020, then TTM International, inc, both solely owned by Thang Nguyen – the pleading can be interlineated or amended as pleases the court.

5. Counsel for Sun Lee has accused me of fraud (!) based on mediation argument that the Sacred Fig was mistranslated as a Mulberry tree.  This accusation caused me to look it up and, indeed, the Sacred Fig is a species of Mulberry tree, thus my argument, which anyway was not in evidence, was incorrect and the application valid.

6. Counsel also raises the family relationships between Binh Tay owner Le Thi Giau, TTM owner Thang Nguyen and myself as permitting infringement somehow. My wife is Le Thi Giau, the sole owner of Binh Tay Foods; her son is Thang Nguyen, sole owner of TTM International, successor in interest to Thang Nguyen DBA TTM.

7. Like any husband, I support, but do not control, my wife and her business. I did not form Binh Tay nor TTM, have not attended a business organization meeting, have no involvement in their finances.

8. I help in various ways, including contracts, FDA interface and litigation– the 2010 MSJ suit and these infringement matters for example. Thus, counsel is welcome to depose me but I am trying to save the trouble as it is a dead end and anyway – if seeking a type of estoppel this is inherently fact intensive, not appropriate for a pleading attack.

9. I informed both Sun Lee and Kim Seng counsel of the mother-son relationship, that Binh Tay made an assignment as pleaded and Binh Tay can be a plaintiff if they insist – there was no need to financially exhaust their clients with standing attacks. Both had prepared their motions prior to the meet and confer as they were filed – promptly after the meet & confer, ignoring this important information[1]

---

[1] In Sun Lee's case, the first motion to dismiss was filed 2 hours after I informed counsel I was amending the complaint; as to this 2nd MTD it was quickly filed when informed him I was traveling to Japan. Counsel then peppered me with repetitive emails of no consequence during the entire weekend of the trip –disappointing behavior given our joint commitment to civility.

1  10. Attached as Exhibit 2 is a true and correct copy of an assignment done by

2  IP counsel which he indicated has been filed.

3  Testified and sworn this Nov 15, 2024 pursuant to California law.

*Dale Washington*

---

**DALE E. WASHINGTON**
**DECLARANT**

EXHIBIT 1 Binh Tay mark (Ex to Kim Seng Moving Papers)

For assistance with TSDR, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS    MAINTENANCE                                           Back to Search    Print

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2024-11-02 14:41:02 EDT |
| Mark: | LA BO DE |



| | | | |
|---|---|---|---|
| US Serial Number: | 86427451 | Application Filing Date: | Oct. 17, 2014 |
| US Registration Number: | 4751762 | Registration Date: | Jun. 09, 2015 |
| Filed as TEAS Plus: | Yes | Currently TEAS Plus: | Yes |
| Register: | Principal | | |
| Mark Type: | Trademark | | |

| | | |
|---|---|---|
| TM5 Common Status Descriptor: |  | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| Status: | | The registration has been renewed. |
| Status Date: | | Aug. 30, 2024 |
| Publication Date: | | Mar. 24, 2015 |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | LA BO DE |
| Standard Character Claim: | No |

| | |
|---|---|
| **Mark Drawing Type:** | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S) |
| **Description of Mark:** | The mark consists of the letters "LA BO DE", with various accent markings, which are over a set of three Chinese characters that are within a rounded rectangle, which is above three stemmed and overlapping leaves. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |
| **Translation:** | The English translation of "LA BO DE" in the mark is "LEAF OF BUDDHA TREE". |
| **Transliteration:** | The non-Latin characters in the mark transliterate to "FOJIAO DE WEIDAO" and this means "TASTE BUDDHISM" in English. |
| **Design Search Code(s):** | 05.03.08 - More than one leaf, including scattered leaves, bunches of leaves not attached to branches<br>26.11.01 - Rectangles as carriers or rectangles as single or multiple line borders<br>28.01.03 - Chinese characters; Japanese and Chinese characters; Japanese characters |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Instant noodles; Noodles; Noodles and seasoning mixes combined in unitary packages; Pasta for soups | | |
| **International Class(es):** | 030 - Primary Class | **U.S Class(es):** | 046 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Jan. 01, 1970 | **Use in Commerce:** | Jan. 01, 1970 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | Cong Ty Co Phan Thuc Pham Binh Tay | | |
| **DBA, AKA, Formerly:** | AKA Binh Tay Food Company, Inc. | | |
| **Owner Address:** | Suite 120<br>2390 E Orangewood Avenue<br>Anaheim, CALIFORNIA UNITED STATES 92806 | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | VIET NAM |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Marc E. Hankin | **Docket Number:** | BinhTay-0001 |
| **Attorney Primary Email Address:** | courtfiling@hankinpatentlaw.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Marc E. Hankin<br>Hankin Patent Law, APC<br>11414 Thurston Circle<br>Los Angeles, CALIFORNIA United States 90049 | | |
| **Phone:** | 3109793600 | **Fax:** | 3109793603 |
| **Correspondent e-mail:** | courtfiling@hankinpatentlaw.com<br>marc@hankinpatentlaw.com<br>kevin@hankinpatentlaw.com<br>amyb@hankinpatentlaw.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Aug. 30, 2024 |

EXHIBIT 2 Assignment retroactive to 2017

# TRADEMARK ASSIGNMENT

THIS TRADEMARK ASSIGNMENT (the "Assignment") is made and entered into effect as of July 7, 2017, by and between, Cong Ty Co Phan Thuc Pham Binh Tay AKA Binh Tay Food Company, Inc., a Vietnam corporation, with an address at 2390 E Orangewood Avenue, Suite 120, Anaheim, CA 92806 (hereinafter referred to as "Assignor"), and TTM International Inc, a California corporation, with an address at 2390 E Orangewood Avenue, Suite 120, Anaheim, CA 92806 (hereinafter referred to as "Assignee").

WHEREAS, Assignor is the owner of U.S. Registered Trademark No. 4,751,762 for the Lá Bồ-Đề logo:



(hereinafter referred to as the "Mark"), as recorded in the U.S. Patent and Trademark Office;

WHEREAS, Assignor believes itself to be the owner of certain common law trademarks and service marks, including: (1) LA BO DE, Lá Bồ-Đề, LaBoDe, La bo de, and all colorable imitations thereof, and (2) the stylized depiction of three different sized Bo Tree leaves overlapping one another, namely, (hereinafter collectively referred to as the "La Bo De Trade Name and Three Leaf Design");

WHEREAS, Assignee and Assignor desire to enter into this Assignment to effect the transfer of the Mark and the La Bo De Trade Name and Three Leaf Design to Assignee; and

NOW, THEREFORE, for and in consideration of the premises and the mutual promises hereinafter set forth and for other good and valuable consideration, the receipt and sufficiency of are hereby acknowledged, Assignor and Assignee hereby agree as follows:

1.  Transfer and Assignment.   Assignor hereby transfers and assigns to Assignee all of its rights, title, and interest in and to the Mark and the La Bo De Trade Name and Three Leaf Design, together with the goodwill associated therewith and the right to recover for damages and profits and other remedies for past infringements of the Mark and the La Bo De Trade Name and Three Leaf Design and the right to prosecute this and any other applications or registrations of the Mark and the La Bo De Trade Name and Three Leaf Design.

1

2.      **Further Documentation and Actions.**  Assignor hereby agrees to execute and deliver to Assignee any further documents and instruments, and to do any and all further reasonable acts, to vest in Assignee Assignor's right, title, and interest in and to the Mark and the La Bo De Trade Name and Three Leaf Design, and to enable such right, title, and interest to be recorded in the United States Patent & Trademark Office and any other appropriate governmental authority or agency of the United States and internationally.

3.      **Agreement is Effective Retroactively.**  In exchange for consideration paid previously and upon the signing of this Agreement, it shall take effect, *nunc pro tunc*, as if it had been executed as of July 7, 2017.  This Agreement memorializes the understanding and previously signed agreements that Assignor and Assignee had on or about July 7, 2017.  Assignor hereby ratifies all acts of the Assignee concerning the Mark and the La Bo De Trade Name and Three Leaf Design, from the time of the completion of the Property until the time of the signing of this Agreement, as if the Agreement had been in effect since July 7, 2017.

Assignor                                                                 Assignee

_____                              _____
Cong Ty Co Phan Thuc Pham Binh Tay              TTM International Inc
AKA Binh Tay Food Company, Inc.
By: Le Thi Giau                                                       By: Le Phuoc Thang Nguyen
Title: CEO                                                              Title: CEO

2

CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I electronically filed the foregoing Declaration of Dale Washington with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court.

I hereby certify that on the date shown below, I caused the foregoing document to be served by the Court's Electronic Filing System and via electronic mail to:

Natalie Z. Fournier;

MURPHY PEARSON BRADLEY & FEENEY

550 S Hope St., Suite 2170

Los Angeles, CA 90071

nfournier@mpbf.com

**XXX FEDERAL**: I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on <u>Nov 15, 2024</u> under penalty of perjury

*Dale Washington*
_____
Dale E. Washington
Declarant